PROB 35  
(Rev. 4/81)

**Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date**

# United States District Court
## For The
### District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No. 92-00068-002

STEWART, Porter

On March 23, 2009, the above named was placed on supervised release for a period of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Joseph Empirio*

United States Probation Officer  
Joseph Empirio

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 16th day of December, 2010.

United States District Judge